FILED
9/24/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

VALERY BARYKIN,

Plaintiff,

Case No.: 1:26-cv-11729

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

**1:26-cv-14659**
**Judge Jorge L. Alonso**
**Magistrate Judge Jeannice W. Appenteng**
**DIRECT**

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | jiangxishengwuyuenongzhuang |
| 2 | 湖户权家电 |
| 3 | ZhengDuoJiChuGongCheng |
| 4 | xiaoweiss |
| 5 | yuyuuu |
| 6 | lixinxianyuanshengzhongzhijiating |
| 7 | dingyuanxianshunyongzhongyangzhijiatingnongchang |
| 8 | Jebiion |
| 9 | caiyangyang44 |
| 10 | Guelineok |
| 11 | guangxihaoyangjianzhuzhuangxiuzhuangshigongchengyouxiangongsi |
| 12 | Toeiyuen |
| 13 | 珲帆户外 |
| 14 | taihexianbaochuanmingnongyejiating |
| 15 | guangxiyaotiannongyetouziyouxiangongsi |
| 16 | guoruikai33 |
| 17 | 杨睢障电子商务 |
| 18 | yichengmingliangjianzhugongchengyouxiangongsi |
| 19 | TaoJiLai-SHOP |
| 20 | The MILL Market |
| 21 | WangKangJun-SHOP |
| 22 | Turbo Steel Structure |
| 23 | HuangQiYuanFuZhuangJiaGongChang |
| 24 | xiangfangfang23 |
| 25 | JunTaLvYouDian |

| | |
|---|---|
| 26 | neimengguhengjiangshangmaoyouxiangongsi |
| 27 | tianzhenxianruiminliangyoujiagongyouxiangongsi |
| 28 | shanxichenyuanmaoyiyouxiangongsi12 |
| 29 | SummitMist |
| 30 | 宠菡百货 |
| 31 | shanxixinchuanyajianzhugongcheng |
| 32 | Lueindoes |
| 33 | zhongxiangshiyingwushanshangmaoyouxiangongsi |
| 34 | linxiuminghaibao |
| 35 | GuangXiTouYanLvSeNongYeKeJiFaZhanYouXianGongSi |
| 36 | LiuYuan |
| 37 | TXMAK |
| 38 | Ornaments d |
| 39 | Aishang Talent Studio |
| 40 | UYHRI |
| 41 | Journey S |
| 42 | YURYURXIAOJIE |
| 43 | UnlimitedBWC |
| 44 | LONG YE SHOP |
| 45 | Colorful Art Canvas Poster |
| 46 | yiwanlin |
| 47 | Hiphop Shopping |
| 48 | CLXLPH |
| 49 | funny tin sign |
| 50 | hgxhfhg |
| 51 | TODRCraft |